AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| United States of America<br>v.<br>Shoichi Okada<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:14 MJ 203 DDN<br>)<br>)<br>)<br>) |

**FILED**

NOV ‾ 4 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 1, 2013 to November 3, 2014   in the county of   St. Louis County   in the   Eastern   District of   Missouri  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2252A(a)(5)(B)<br>Possession of Child Pornography | Count I: Shoichi Okada, the defendant herein, did knowingly possess material that contains an image and video of child pornography that was produced using materials that traveled in interstate commerce, to wit, a Seagate hard drive that was produced outside Missouri and therefore has traveled in interstate commerce, and said hard drive contained child pornography, including but not limited to the following: 1) 25701250dxh.jpg, which depicts prepubescent minor females and a prepubescent minor male in a lascivious display of their genitals; and 2) 26279180msc.jpg, which depicts a prepubescent minor female in a lascivious display of her genitals. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nikki M. Badolato, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   11/04/2014

_____
*Judge's signature*

City and state:   St. Louis, Missouri       Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*