```
                                                              FILED

         UNITED STATES DISTRICT COURT                      NOV - 4 2014
          EASTERN DISTRICT OF MISSOURI
                EASTERN DIVISION                          U. S. DISTRICT COURT
                                                         EASTERN DISTRICT OF MO
                                                               ST. LOUIS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14 MJ 203 DDN |
| | ) |
| SHOICHI OKADA, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SEALING ORDER

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves this Court for an order directing that the complaint and arrest warrant entered by this Court be sealed until further order of this Court.

                                                          RICHARD G. CALLAHAN
                                                         United States Attorney

                                                         /s/ Robert F. Livergood
                                                         ROBERT F. LIVERGOOD, #35432MO
                                                         Assistant United States Attorney
                                                          111 S. 10th Street, Room 20.331
                                                          St. Louis, Missouri  63102
                                                          (314) 539-2200

Dated: November 4, 2014