UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

NOV -4 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 4:14 MJ 203 DDN
)
SHOICHI OKADA, )
)
Defendant. )

### O R D E R

On motion of the United States of America, it is hereby ordered that the complaint and arrest warrant and this Order issued thereto be sealed until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: This 4th day of November 2014.