UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:14MJ203 ) ) |
| SHOICHI OKADA, | ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

Comes now, Daniel A. Juengel, of the law firm of Frank, Juengel & Radefeld, Attorneys at Law, P.C., and hereby enters on behalf of the defendant, Shoichi Okada.

FRANK, JUENGEL & RADEFELD,
ATTORNEYS AT LAW, P.C.

By: _____
DANIEL A. JUENGEL (#42784MO)
Attorneys for Defendant
7710 Carondelet Avenue, Suite 350
Clayton, Missouri 63105
(314) 725-7777

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing has been hand delivered/mailed/faxed this 4th day of November, 2014, to the office of the United States Attorney's Office, 111 South Tenth Street, St. Louis, Missouri, 63102.

_____
DANIEL A. JUENGEL